Christopher D. Burk, Esq.
Nevada Bar No.: 8976
Jeffrey L. Galliher, Esq.
Nevada Bar No.: 8078
**BURK INJURY LAWYERS**
2350 West Charleston Blvd, Suite 202
Las Vegas, NV 89102
Telephone: (702) 620-2020
Facsimile: (702) 623-5113
Email: chris@bettercallburk.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Edwards, an individual; | Case No.: 2:24-cv-1029 |
| Plaintiff, | |
| vs. | **Stipulation and Order to Extend Discovery (SECOND REQUEST)** |
| Panda Express, Inc., a California corporation; Does I-XX, inclusive; Roe Corporations I-X, inclusive, | |
| Defendants. | |

### I. Summary of Discovery Completed

The case was removed on June 3, 2024. Both parties have served disclosures and supplemental disclosures. The Stipulated Discovery Plan and Scheduling Order were filed on August 9, 2024. On September 12, 2024, a Stipulation and Order to Extend Discovery was filed and accepted. On September 16, 2024, Plaintiff served his responses to written discovery and further provided authorization for medical records on September 30, 2024. Defendant has subpoenaed and obtained medical records from Plaintiff's treating providers, including those providers out of the country. On November 20, 2024, Plaintiff's deposition was conducted.

### II. Discovery Remaining

Plaintiff has indicated their intention to take the deposition(s) of Panda Express, Inc.'s 30(b)(6). On October 16, 2024, Defendant requested a list of deposition topics to determine who would be designated as the 30(b)(6) witness or if more than one witness would be designated to then provide dates of availability.

The parties still need to disclose experts and presumably take the depositions of designated experts. The Plaintiff has retained a medical expert for a medical records review and it is anticipated that the Defendant will disclose their own experts and any Rebuttal Disclosures.

### III. Why the Remaining Discovery Could not be Completed

The medical expert retained by the Plaintiff is experiencing a family medical emergency and is unable to complete his report in time to meet the current January 3, 2024 Initial Disclosure deadline.

Plaintiff's expert will require an additional forty-five (45) days to provide and disclose his report due to this emergency. The parties respectfully request that the remaining deadlines be extended in accordance with this extension.

### IV. Proposed Schedule for Completing All Remaining Discovery

| | | |
|---|---|---|
| Initial Expert Disclosures & Interim Status Report | January 3, 2025 | February 17, 2025 |
| Rebuttal Expert Disclosures | February 3, 2025 | March 17, 2025 |
| Discovery Closes | March 3, 2025 | April 17, 2025 |
| Dispositive Motions | April 3, 2025 | May 2, 2025 |
| Pre-Trial Order, if no Dispositive Motions | May 5, 2025 | June 5, 2025 |

**BURK INJURY LAWYERS**
*/s/Jeffrey L. Galliher*
Christoper D. Burk, Esq.
Nevada Bar No. 8976
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
Attorneys for David Edwards

**WILSON ELSNER**
*/s/ Kimberly Nelson*
Michael P. Lowry
Nevada Bar No. 10666
Kimberly A. Nelson
Nevada Bar No. 15295
Attorneys for Panda Express, Inc.

It is so ordered. this 27th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE