

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
E-mail: Kimberly.Nelson@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Panda Express, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Edwards, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Panda Express, Inc., a California corporation; Does I-XX, inclusive; Roe Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-1029<br><br>**Stipulation and Order for Extension of Time Regarding Pre-Trial Order** |

      The parties by and through their respective counsel of record, hereby submit this Stipulation to Continue the Deadline for the Joint Pretrial Order.

      The parties first stipulated to extend the discovery deadlines on September 12, 2024 (ECF No. 12) and the Order granting the stipulation was filed on September 13, 2024 (ECF No. 13). The parties entered into a second stipulation to continue discovery on December 26, 2024 (ECF No. 14). The order granting said stipulation was filed on December 27, 2024 (ECF No. 15).

      Defendant filed a motion for summary judgment on May 5, 2025 (ECF No. 16). Plaintiff filed his opposition on May 23, 2025 (ECF No. 17). Defendant filed a reply brief on May 30, 2025 (ECF No. 18). The Court issued an Order denying Defendant's motion for summary judgment on August 20, 2025 (ECF No. 19). The Court had set a deadline for the joint pre-trial order for September 30, 2025. (ECF No. 19). On October 1, 2025, the Court issued a Minute Order in Chambers giving the parties another opportunity to timely file a proposed joint pre-trial order by October 15, 2025 (ECF No. 20).

270043316v.1

The parties need additional time to review exhibits to prepare the joint pre-trial order and determine what will serve as evidence for this case. The parties only request a short two week extension, and anticipate having what the Court needs by this time. The new deadline would be as follows.

| Event | Current Date | New Date |
| --- | --- | --- |
| Pre-Trial Order | October 15, 2025 | October 29, 2025 |

**BURK INJURY LAWYERS**

*/s/ Jeffrey L. Galiher*
Christoper D. Burk, Esq.
Nevada Bar No. 8976
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
Attorneys for David Edwards

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Michael Lowry*
Michael P. Lowry
Nevada Bar No. 10666
Kimberly A. Nelson
Nevada Bar No. 15295
Attorneys for Panda Express, Inc.

It is so ordered this 14th day of October 2025.

_____
U.S. MAGISTRATE JUDGE

-2-

270043316v.1