UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANDA EXPRESS, INC., a California corporation; DOES I-XX, inclusive; ROE CORPORATIONS I-X, inclusive<br><br>　　　　Defendants. | Case No. 2:24-cv-001029-EJY<br><br>**ORDER** |

Before the Court is the parties' proposed Joint Pretrial Order (ECF No. 23), which the Court reviewed and finds sufficiently complete.

Accordingly, IT IS HEREBY ORDERED that the Joint Pretrial Order (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED that trial in this matter will commence on **March 23, 2026 at 9 a.m. in Courtroom 4B**, with counsel to be present by 8:30 a.m. to discuss any last minute issues with the Court. Court days will start at approximately 8:30 a.m. for discussion of any issues that must be resolved outside the presence of the jury. Court days will generally conclude by 5 p.m.

IT IS FURTHER ORDERED that calendar call is set for **March 16, 2026 at 10 a.m. in Courtroom 3D**.

IT IS FURTHER ORDERED that in addition to submission of exhibits electronically, the parties must deliver three paper copies of all exhibits to chambers no later than **March 16, 2026 at 10 a.m.**[1] Plaintiff's exhibits, Defendant's exhibits, and joint exhibits must be placed in separate notebooks. All exhibits are to be designated sequentially by numbers. Plaintiff is to use numbers with 1 through 50; Defendant is to use numbers 51 through 100; and Joint exhibits are to start with 101.

---

[1] One paper copy is for the witness stand, a second is for the bench, and a third is for the courtroom deputy.

1

IT IS FURTHER ORDERED that the parties must appear on **March 20, 2026 at 10 a.m. in Courtroom 4B** to test the electronic equipment.

IT IS FURTHER ORDERED that no later than **12 noon on March 13, 2026**, the parties must file (i) the joint statement of the case to be read to the jury, (ii) respective proposed voir dire questions, and (iii) proposed jury instructions. Word versions of each of these submissions must be simultaneously emailed to chambers by sending the same to Jeff_Miller@nvd.uscourts.gov no later than **12 noon on March 13, 2026**.

IT IS FURTHER ORDERED that Motions in Limine must be filed no later than **February 10, 2026,** with responses due **February 24, 2026**. No replies are permitted without leave of Court. No extension of these dates will be granted.

Dated this 30th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2