UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID EDWARDS,

       Plaintiff,

    v.

PANDA EXPRESS, INC., a California corporation; DOES I-XX, inclusive; ROE CORPORATIONS I-X, inclusive

       Defendants.

Case No. 2:24-cv-001029-EJY

**ORDER**

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice, each party to bear its own fees and costs.  ECF No. 36.

IT IS HEREBY ORDERED that the Stipulation to Dismiss with Prejudice (ECF No. 36) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must close this case.

Dated this 8th day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE